# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0021. HIGDON v. HIGDON.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

The applicant's Emergency Motion for Supersedeas Rule 40 (b) filed August 27, 2014 is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/09/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*